```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  GARY MICHAEL HULSEY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR-S-07-0232 DLJ |
|---|---|
| Plaintiff, | ) |
| v. | ) WAIVER OF DEFENDANT'S PRESENCE |
| GARY MICHAEL HULSEY, et al., | ) |
| Defendant. | ) |

Pursuant to Fed.R.Crim.P. 43, defendant, GARY MICHAEL HULSEY, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the Court before or after trial, except upon arraignment, initial appearance, trial confirmation hearing, entry of plea, and every stage of trial including verdict, impanelment of jury and imposition of sentence.

Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver and

agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if the defendant were personally present. Defendant further agrees to be present in Court ready for trial any day and hour the Court may fix in his absence.

The defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§ 3161-3174 (The Speedy Trial Act) and authorizes his attorney to set times and delays under that Act without his personal presence.

Dated: June 15, 2007

/s/ Gary Michael Hulsey
GARY MICHAEL HULSEY
(Original retained by attorney)

I concur in Mr. Hulsey's decision to waive his presence at future proceedings.

Dated:   June 15, 2007                Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew C. Bockmon
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
GARY MICHAEL HULSEY

IT IS SO ORDERED.

Dated: June 18, 2007

D. LOWELL JENSEN
United States District Judge

Waiver                                    2