McGREGOR W. SCOTT
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Ste. 10-100
Sacramento, California 95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. 07-232 JAM |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| GARY MICHAEL HULSEY, | |
| Defendant. | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Gary Michael Hulsey, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 21 U.S.C. § 853(a), defendant Gary Michael Hulsey's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a. A sub *res* in the amount of $75,217.72, plus any accrued interest, in lieu of real property known as Vacant land located in Siskiyou County on China Grade Road, Happy Camp, California, APN: 016-280-370.

2. The United States received a check in the amount of $75,217.72 on or about December 12, 2007, from Siskiyou County

Title Company on behalf of Gary Michael Hulsey.

3. The above-listed property constitutes property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of violations of 21 U.S.C. §§ 846 and 841(a)(1).

4. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the U.S. Marshals Service in its secure custody and control.

5. a. Pursuant to 21 U.S.C. § 853(n) and Local Rule 83-171, the United States forthwith shall publish at least once for three successive weeks in the <u>Siskiyou Daily News</u> (Siskiyou County), a newspaper of general circulation located in the county in which the above-listed real property is located, notice of this Order, notice of the Attorney General's intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in the above-listed property must file a petition with the Court within thirty (30) days of the final publication of the notice or of receipt of actual notice, whichever is earlier.

b. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the property and any additional facts supporting the petitioner's claim and the relief sought.

       c.   The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Order of Forfeiture, as a substitute for published notice as to those persons so notified.

    6.   If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(a) in which all interests will be addressed.

    SO ORDERED this 6th day of August, 2008.

                                    /s/ John A. Mendez
                                    HON. JOHN A. MENDEZ
                                    United States District Judge