DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GARY HULSEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:07-CR-0232 JAM |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| v. | ) **CONTINUING SENTENCING** |
| | ) |
| GARY HULSEY, | ) |
| | ) Date: December 14, 2010 |
| Defendant. | ) Time: 9:30 a.m. |
| | ) Judge: Hon. John A. Mendez |
| _____ | ) |

IT IS STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Gary Hulsey, through their respective attorneys, that sentencing may be continued to January 4, 2011, at 9:30 a.m.

At a hearing on November 9, 2010, the Court expressed concern about whether it could entertain the parties sentencing arguments in light of *United States v. Wipf*, 620 F.3d 1168 (9th Cir. 2010). The parties are presently contemplating a response to the Court's concern. One response under strong consideration would require withdrawal of the existing plea and entry of a new guilty plea to a lesser-included offense in an

agreement that would permit each party to receive the benefit of his original bargain.  However, the parties need additional time to consider the agreement and to reduce it to writing.  Accordingly, they ask to continue sentencing to January 4, 2011, at 9:00 a.m.

                                Respectfully submitted,

                                DANIEL J. BRODERICK
                                Federal Defender

Dated:   December 10, 2010        /s/ T. Zindel
                                TIMOTHY ZINDEL
                                Assistant Federal Defender
                                Attorney for GARY HULSEY

                                BENJAMIN B. WAGNER
                                United States Attorney

Dated:   December 10, 2010        /s/ T. Zindel for M. Beckwith
                                MICHAEL BECKWITH
                                Assistant U.S. Attorney

**O R D E R**

Sentencing is continued to January 4, 2011 at 9:30 a.m.

IT IS SO ORDERED.

Dated:   December 10, 2010

                                /s/ John A. Mendez
                                HON. JOHN A. MENDEZ
                                United States District Judge