```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    GARY HULSEY
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:07-CR-0232 JAM |
| Plaintiff, | |
| | **STIPULATION AND ORDER** |
| v. | **CONTINUING STATUS CONFERENCE** |
| GARY HULSEY, | |
| | Date: February 22, 2011 |
| Defendant. | Time: 9:30 a.m. |
| _____ | Judge: Hon. John A. Mendez |

   IT IS STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Gary Hulsey, through their respective attorneys, that the status conference scheduled for February 22, 2011, may be continued to March 8, 2011, at 9:30 a.m., and that time under the Speedy Trial Act may be excluded through that date for the reasons stated below.

   The government has provided Mr. Hulsey a proposed agreement that will restore the parties to the positions they held before Mr. Hulsey's plea was withdrawn.  Defense counsel completed additional investigation in Mr. Hulsey's case yesterday but has yet to fully discuss the results

of that investigation with Mr. Hulsey. Counsel is also preparing for jury trial before Judge Mueller beginning February 28, 2011. So that defense counsel and Mr. Hulsey may have adequate time to consider the results of the investigation, discuss the proposed new agreement, and, if appropriate, prepare for sentencing and plea in a single proceeding, the parties agree that the status should be continued to March 8, 2011, and that time should be excluded pursuant to 18 U.S.C. § 3161(h)(8)(a) and (b)(iv)(Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: February 18, 2011    /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for GARY HULSEY

BENJAMIN B. WAGNER
United States Attorney

Dated: February 18, 2011    /s/ T. Zindel for M. Beckwith
MICHAEL BECKWITH
Assistant U.S. Attorney

**O R D E R**

Sentencing is continued to March 8, 2011, at 9:30 a.m. **NO FURTHER CONTINUANCES IN THIS MATTER WILL BE GRANTED. IN ADDITION, BOTH PARTIES ARE ORDERED TO FILE A STATUS REPORT WITH THE COURT, NOT LATER THAN FEBRUARY 22, 2011, EXPLAINING TO THE COURT WHY THIS MATTER IS PROGRESSING AT SUCH A SLOW PACE.**

IT IS SO ORDERED.

Dated: February 18, 2011    /s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Judge

Stip. & Order                -2-