1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL M. BECKWITH
   Assistant U.S. Attorney
3  501 I Street, Ste. 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:07-CR-00232-JAM |
| | ) | |
| Plaintiff, | ) | *AMENDED* PRELIMINARY ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| GARY MICHAEL HULSEY, | ) | |
| | ) | |
| Defendant. | ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Gary Michael Hulsey, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 21 U.S.C. § 853(a), defendant Gary Michael Hulsey's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

      a. A sub *res* in the amount of $75,217.72, plus any accrued interest, in lieu of real property known as Vacant land located in Siskiyou County on China Grade Road, Happy Camp, California, APN: 016-280-370.

2. The United States received a check in the amount of $75,217.72 on or about December 12, 2007, from Siskiyou County

1 | Title Company on behalf of Gary Michael Hulsey.
2 |     3.   The above-listed property constitutes property used, or
3 | intended to be used, in any manner or part, to commit, or to
4 | facilitate the commission of violations of 21 U.S.C. §§ 846 and
5 | 841(a)(1).
6 |     4.   Pursuant to Rule 32.2(b), the Attorney General (or a
7 | designee) shall be authorized to seize the above-listed property.
8 | The aforementioned property shall be seized and held by the U.S.
9 | Marshals Service in its secure custody and control.
10 |    5.   a.   Pursuant to 21 U.S.C. § 853(n) and Local Rule 171,
11 | the United States shall publish notice of the order of
12 | forfeiture.  Notice of this Order and notice of the Attorney
13 | General's (or a designee's) intent to dispose of the property in
14 | such manner as the Attorney General may direct shall be posted
15 | for at least 30 consecutive days on the official internet
16 | government forfeiture site [www.forfeiture.gov](www.forfeiture.gov).  The United States
17 | may also, to the extent practicable, provide direct written
18 | notice to any person known to have alleged an interest in the
19 | property that is the subject of the order of forfeiture as a
20 | substitute for published notice as to those persons so notified.
21 |         b.   This notice shall state that any person, other
22 | than the defendant, asserting a legal interest in the above-
23 | listed property, must file a petition with the Court within sixty
24 | (60) days from the first day of publication of the Notice of
25 | Forfeiture posted on the official government forfeiture site, or
26 | within thirty (30) days from receipt of direct written notice,
27 | whichever is earlier.
28 |     6.   If a petition is timely filed, upon adjudication of all

1  third-party interests, if any, this Court will enter a Final
2  Order of Forfeiture pursuant to 21 U.S.C. § 853(a), in which all
3  interests will be addressed.
4      SO ORDERED this 12th day of April, 2011.

6                          /s/ John A. Mendez
                           JOHN A. MENDEZ
7                          United States District Judge