HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy.zindel@fd.org
916-498-5700/Fax 916-498-5710

Attorney for Defendant
GARY HULSEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:07-CR-0232 JAM |
|---|---|
| Plaintiff, | ) |
| vs. | ) **ORDER TERMINATING** <br> ) **SUPERVISED RELEASE** |
| GARY HULSEY, | ) |
| Defendant. | ) |

   The Court has read and considered Mr. Hulsey's motion for early termination of supervised release and the government's statement of non-opposition.  The Court hereby GRANTS the motion and terminates the term of supervised release pursuant to 18 U.S.C. § 3583(e)(1).

   IT IS SO ORDERED.


Dated:  November 6, 2013        /s/ John A. Mendez
                                HON. JOHN A. MENDEZ
                                United States District Court Judge